## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA

AMERICA FIRST LEGAL
FOUNDATION,

        Plaintiff-Appellant,          No.: 23-5173

                 v.

USDA, *et al.*,

        Defendants-Appellees.

## PLAINTIFF-APPELLANT'S STATEMENT OF
## ISSUES TO BE RAISED

1.    Did the district court erroneously uphold the application of FOIA Exemption 5, presidential communications privilege, to the agency records at issue in this case?

2.    Did the district court erroneously defer to the Special Counsel?

3.    May the presidential communications privilege be applied retroactively to a record reporting final agency actions and agency plans to the White House?

Dated:  August 28, 2023        Respectfully submitted,

/s/ *Michael Ding*
Reed D. Rubinstein
D.C. Bar No. 400153
Michael Ding
D.C. Bar No. 1027252
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave SE #231
Washington, DC 20003
(202) 964-3721
Reed.Rubinstein@aflegal.org
Michael.Ding@aflegal.org
*Counsel for America First Legal
Foundation*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the Plaintiff-Appellant's Statement of Issue to be Raised was served on all counsel of record through the Court's ECF system on August 28, 2023. DOJ Appellate Counsel has not yet been assigned for the Defendants-Appellees.

/s/ *Michael Ding*